# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

LAVORIS MCGHEE, an individual                                    PLAINTIFF

v.                           No. 4:24-cv-222-DPM

STORE MASTER FUNDING I, LLC                                    DEFENDANT

## JUDGMENT

McGhee's complaint is dismissed with prejudice. The Court retains jurisdiction until 14 July 2025 to enforce the parties' settlement.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 May 2025